ROTH *v.* DRY DOCK, EAST BROADWAY & BATTERY R. R. Co.

APPEAL by defendant from judgment, entered upon the verdict of a jury, and from order denying defendant's motion for a new trial.

*Mark J. Katz,* for plaintiff (respondent).

*John M. Scribner,* for defendant (appellant).

FREEDMAN, J. There was no error in the refusal of the trial judge to dismiss the complaint or to direct a verdict in favor of the defendant. Upon all the facts disclosed the case was clearly one for the jury, and, upon due examination, we cannot say that the verdict which was rendered in favor of the plaintiff is contrary to the evidence, or against the weight of the evidence, or excessive in amount. The defendant's exceptions are clearly untenable.

The judgment and order should be affirmed, with costs.

GILDERSLEEVE, J., concurs.
Judgment and order affirmed, with costs.

---

DILLINGHAM v. BARRON.

APPEAL from order permitting defendant's attorneys to withdraw their notice of appearance.

*F. J. Worcester,* for plaintiff (appellant).

*Hatch & Wickes,* for defendant (respondent).

*Per Curiam.* The order should be affirmed, with ten dollars costs and disbursements, upon the opinion of the learned judge below.

Present: FREEDMAN and McADAM, JJ.
Order affirmed.